# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LEO HARDY,<br><br>                            Plaintiff,<br>v.<br><br>CITY OF MILWAUKEE,<br>OFFICER MICHAEL GASSER,<br>OFFICER KEITH GARLAND, JR., and<br>OFFICER MICHAEL VALUCH, JR.,<br><br>                          Defendants. | Case No. 13-CV-769-JPS<br><br><br>**ORDER** |

With trial in this matter now concluded, all that remains is for the Court to address the outstanding motions.

Accordingly,

**IT IS ORDERED** that, the Court finds that in reference to the documents subject to outstanding motions to seal contain sensitive information, there is good cause to seal those documents, and accordingly the remaining motions to seal (Docket #139, #155) be and the same are hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that, the other outstanding motions having been made moot by the Court's proceedings, those outstanding motions (Docket #61, #95, #98, #109, #112, #114, #115, #116, #117, #139, #155, #163, #193, #195) be and the same are hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 21st day of August, 2014.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge

Page 2 of 2