

**Samuel C. Hall**, Jr.
Direct: (414) 290-7587
E-Mail: shall@crivellocarlson.com

December 18, 2014

**VIA ECF FILING ONLY**
The Honorable J.P. Stadtmueller
United States District Court, E.D. Wisconsin
362 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

      RE: *Hardy v. City of Milwaukee, et al.*
            Case No. 13-C-769

Dear Judge Stadtmueller:

Following the Court's December 16, 2014 Status Conference, the parties to this action conferred and agreed to participate in mediation with Judge Goodstein. We have also had the opportunity to confer with Judge Goodstein regarding scheduling and we believe that the mediation in this action will likely be scheduled for January 16, 2015.

If the Court has any questions or concerns, please feel free to contact me. We thank the Court for its consideration in this matter.

Very truly yours,

/s/ Samuel C. Hall, Jr.

SAMUEL C. HALL, JR.

cc:    All Counsel (via ECF Filing only)

Excellence, Consistency, Integrity

**710 North Plankinton Avenue  Suite 500  Milwaukee, Wisconsin 53203   Phone: (414) 271-7722   Fax: (414) 271-4438**
2425 West Loop South    Suite 885    Houston, Texas 77027    Phone: (713) 961-0936    Fax: (713) 960-9690
161 North Clark Street    Suite 4700    Chicago, Illinois 60601    Phone: (312) 523-2111    Fax: (312) 523-2001
Crivello, Carlson, Picou & Andrekanic, LLC Office:
1012 Plummer Drive  2nd Floor  Suite 103  Edwardsville, Illinois  62025        Phone: (618) 655-0006      Fax: (618) 655-0250
www.crivellocarlson.com

Case 2:13-cv-00769-JPS   Filed 12/18/14   Page 1 of 1   Document 246