Russell Ainsworth
Steve Art
Roshna Bala Keen
Vincenzo Field
Sarah C. Grady
Gayle Horn
Michael Kanovitz
Heather Lewis Donnell
Samantha Liskow
Arthur Loevy
Danielle Loevy
Jon Loevy

# LOEVY & LOEVY
### ATTORNEYS AT LAW

312 N. May Street
Suite 100
Chicago, Illinois 60607

Debra Loevy-Reyes
Elizabeth Mazur
David B. Owens
Scott Rauscher
Rachel Steinback
Anand Swaminathan
Julie Thompson
Tara Thompson
Cindy Tsai
Daniel Twetten
Elizabeth Wang

Telephone 312.243.5900
Facsimile 312.243.5902

Website www.loevy.com
Email russell@loevy.com

---

June 16, 2015

*Via ECF/CM Filing*
The Honorable Judge J.P. Stadtmueller
The United States District Court for the
Eastern District of Wisconsin
362 United States Court House
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

RE: *Hardy v. City of Milwaukee, et al.*, No. 13-C-0769

Dear Judge Stadtmueller:

I write in response to the Court's order dated June 15, 2015, to ask the Court to strike Plaintiff's petition for attorneys' fees and his bill of costs as moot, as the parties were successful in resolving these matters.

Thank you for your time and attention to this case.

Sincerely,

Russell Ainsworth

cc: All Counsel of Record (via ECF/CM Filing)